# B1 (Official Form 1) (4/10)

**UNITED STATES BANKRUPTCY COURT** | **VOLUNTARY PETITION**

87696

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **56 WALKER LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **TAX ID 87-0713770** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **56 WALKER STREET NEW YORK N.Y.** ZIP CODE **10013** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **NEW YORK COUNTY** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

## Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business (Check one box.)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

## Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
**Check one box:**
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED 2011 SEP 23 A 8:39

### Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): 56 WALKER STREET LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) DNA |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) DNA |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): 56 WALKER LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor
212 905-2845
Telephone Number (if not represented by attorney)
9-22-11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____S/_____
Signature of Authorized Individual
GUY MORRIS
Printed Name of Authorized Individual
SOLE MEMBER
Title of Authorized Individual
9-22-11
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re __56 Walker LLC__,　　　　　　　　　Case No. _____
　　　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　Chapter __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | ✓ | 1 | $ 11,000,000 | | |
| B - Personal Property | | | $ | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | ✓ | 2 | | $ 15,200,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $ | |
| F - Creditors Holding Unsecured Nonpriority Claims | ✓ | 1 | | $ 53,184 | |
| G - Executory Contracts and Unexpired Leases | ✓ | 1 | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | | $ 11,000,000 | $ 15,253,000 | |

B6A (Official Form 6A) (12/07)

In re  56 Walker LLC  ,  Case No. _____
         Debtor                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Building 56 Walker St New York, NY 10013 | Fee Interest | | $11,000,000 | $18,200,000 |

Total▶ 11,000,000
(Report also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  **56 Hawker LLC**,           Case No. _____
       Debtor                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MB Financial Bank <br> 611 North River Rd <br> Rosemont Ill 60018 | | | Financial Loan for 56 Hawker St. Navy #11 <br> VALUE $ | | | | $11,000,000 | |
| ACCOUNT NO. <br> Wex Trading / HPC <br> c/o Beauport Investors Grp <br> 500 SE 17th St. Lauderdale FL | | | Partners Loan for 56 Hawker St. Nav #11 <br> VALUE $ | | | | $1,750,000 | |
| ACCOUNT NO. 7324 <br> UCD Construction <br> 351 Carroll St. <br> Brooklyn, NY 11231 | | | Construction Services Lien 56 Hawker St <br> VALUE $ | | | | $ 350,000 | |

___ continuation sheets attached

Subtotal ► (Total of this page)    $ 13,100,000    $

Total ► (Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __SB WALKER LLC__, Case No. _____
              Debtor                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> O Moon Bard? <br> 4/L Broadway <br> New York NY 10013 | | | Lien for Professional Services <br> VALUE $ | | | | $290,000 | |
| ACCOUNT NO. <br> Advanced Plumbing <br> 125-50 Rt 50 <br> Brooklyn, NY 11232 | | | Lien for Construction Services <br> VALUE $ | | | | $71,000 | |
| ACCOUNT NO. <br> Sunshine Quality Construction <br> 7245 164th St <br> Flushing NY | | | Lien for Services <br> VALUE $ | | | | $30,000 | |
| ACCOUNT NO. 1366 <br> AF Interiors <br> 123 Newton St <br> Brooklyn NY | | | Lien for Construction Services <br> VALUE $ | | | | $16,000 | |
| ACCOUNT NO. <br> John Morris | | | Construction Loan <br> VALUE $ | | | | $1,750,000 | |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶ (Total(s) of this page)  $ 2,100,000  $

Total(s) ▶ (Use only on last page)  $ 15,000,000  $

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __56 Walker LLC__,
            Debtor

Case No. _____
                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> New York City Water Dept | | | Services | | | ✓ | $3,600 |
| ACCOUNT NO. <br> Charles Tompkins Richardson & Tompkins 600 Madison Ave NY | | | Legal Services | | | · | $50,000 |
| ACCOUNT NO. 10022 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | Subtotal▶ | | $ 3,600 |
| ____ continuation sheets attached | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ 53,6__ |

B 6G (Official Form 6G) (12/07)

In re  **56 Walker LLC**,  Case No._____
      Debtor                                             (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jan World Report, LLC<br>56 Walker St.<br>New York, NY 10013 | Contract for use of bottom three floors for construction purposes |
| | |
| | |
| | |
| | |
| | |

Official Form 2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date _9-22-01_

XSignature ___S/___

_____GUY MORRIS_____
(Print Name and Title)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _SB HALLUM LLC_____, Debtor

Case No. _____ (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature: _____
Debtor

Date _____  Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____     _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _SOLE MEMBER_ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _CORPORATION_ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _5-22-11_____    X Signature: _S/_____
_GUY MORRIS_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# 56 Walker LLC

## Resolution of Sole Member to Authorize Filing of Bankruptcy Petition

The undersigned, being the sole member of 56 Walker LLC ("the Company"), has adopted this resolution in compliance with the membership agreement of the Company .

The said sole member having reviewed reports furnished concerning the financial condition of the Company; and

It appearing in the business judgment of the sole member that the Company should be rehabilitated and reorganized under the supervision of the United States Bankruptcy Code, it is hereby:

> RESOLVED, that the Company initiate a case under Chapter 11 of the United States Bankruptcy Code; and it is further
>
> RESOLVED, that the sole member is authorized and directed to prepare or caused to be prepared all documents, petitions, pleadings, and other instruments necessary, or in the sole discretion of the sole member appropriate to cause the initiation and prosecution of a case under the U.S. Bankruptcy Code

By: _/s/_____

Guy Morris

Sole Member of 56 Walker, LLC

Dated: September 22, 2011

# AFFIDAVIT OF 56 WALKER, LLC AND PROPOSED CASE CONFERENCE ORDER SUBMITTED UNDER LOCAL BANKRUPTCY RULE 1007-2

Guy Morris, sole member of 56 Walker LLC (the "Company"), submits the following affidavit as required under Local Bankruptcy Rule 1007-2 and declares the following to be true under the penalties of perjury

1. The nature of the Company's business is to reconstruct and convert to condominiums for commercial and residential mixed use the premises at 56 Walker Street in the Borough of Manhattan, City of New York. In undertaking this project, the Company has faced substantial obstacles with regard to construction and financing. The Company has fallen victim to a combined Ponzi scheme and mortgage fraud conducted by several companies through a joint venture (the Wextrust – Broadway Bank mortgage fraud), which to date, has resulted in the imprisonment of the two principals of Wextrust. As a result of this illegal activity, the Company did not receive funding as had been agreed to, and it became impossible to meet the construction schedule as had been established. As a result, the Company has taken on more debt in an effort to finish construction, however, unlawful court actionstaken against the Company have further complicated its efforts to successfully complete construction and ultimately has led to the filing of this petition under Chapter 11 of the U.S. Bankruptcy Code.

2. The name and address of the sole member of the company is Guy Morris, 56 Walker Street, New York New York 10013

3. The following information is supplied with regard to the holders of the 20 largest unsecured claims, excluding insiders:

| Name | Address | Tel | Amt of Claim |
|---|---|---|---|
| Charles Tomaselli | 600 Madison Avenue New York NY 10022 | 212 6447034 | $50,000 (unsec) |
| NY City Water Dept | 59-17 Junction Boulevard, Flushing, NY 11373 | 718-595-7000 | $ 3,700(unsec) |

4. The following information is supplied with regard to the holders of the 5 largest secured claims:

| Name | Address | Tel | Amt of Claim |
|---|---|---|---|
| MB Financial Bank | 611 North River Road Rosemont,IL 60018 | 888226562 | $11,000,000 Disputed |

| | | | |
|---|---|---|---|
| Wexford/HPC Mort Fund c/o Blackport Investment Group<br>901 SE 17th Street Suite 206;<br>Fort Lauderdale, FL 33316 | | (888) 987-4728 | $1,750,000 Disputed |
| John Edward Morris<br>Austin, Tx 78733 | 10421 Jenny's Jump Drive | 512 279 6607 | $1,750,000 Secured |
| VCD Construction | 351 Carroll St<br>Brooklyn, NY 11031 | (718) 643-3775 | $350,000 (undetermined) |
| JP Lombardi | 412 Broadway<br>New York, NY 10013 | 212-349-0700 | $290,000 disputed |

5. A summary of the Company's assets and liabilities:

| Assets | | Liabilities | |
|---|---|---|---|
| Building | $11,000,000 | Claims | $15,200,000 |

6. The Company is privately held.

7. An order has been signed by Judge Melvin Schweitzer, New York Supreme Court, subject to review, to appoint a receiver to assess the condition of the Company's property.

8. The Company operates its business from the premises at 56 Walker Street, New York, NY 10013.

9. The Company's substantial assets and its books and records are located at 56 Walker Street, New York, NY 10013 and none of its assets are held outside the U.S.

10. There is a foreclosure action pending against the Company in New York State Supreme Court (*MB Financial Bank, N.A. v. 56 Walker LLC, et al.* Index No. 105617/2009).

11. The chief executive of the Company is Guy Morris. The general manager of the Company is Leonard Labanco, who is responsible for directing day to day operations. The finance director of the Company is Scott H. Robb, who is responsible for managing the financial operations of the Company. Each has held their position since the founding of the Company in 2003.

12. The Company intends to continue its business.

13. With respect to future operations, The Company expects the following:

(1) The estimated amount of the weekly payroll to employees (exclusive ofofficers, directors, stockholders, and partners) for the 30 day period following the filing of the chapter 11 petition will be approximately $2,000.00;

(2) the amount paid and proposed to be paid for services for the 30 day period following the filing of the chapter 11 petition will be approximately $5,000-

(A) The amount to the sole member will be $0.if the debtor is a corporation, to officers,

(3) The following is a schedule, for the 30 day period following the filing of the chapter 11 petition, of estimated cash receipts and disbursements, net cash gain or loss, obligations and receivablesexpected to accrue but remain unpaid, other than professional fees, and any other information relevantto an understanding of the foregoing:

Schedule

Estimated Cash Receipts and Disbursements

| | |
|---|---|
| Estimated Cash Receipts | $ 12,500.00 |
| Estimated Disbursements | <u>11,000.00</u> |
| Net | 1,500.00 |

14. Submitted herewith is a proposed case conference order in the required form.

I declare under penalty of perjury that the foregoing is true and correct. Submitted this 22nd day of September, 2011

_____/s/_____
Guy Morris
56 Walker LLC   Sole Member

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

_____Chapter 11 Case No._____

In re:                                                                   ORDER SCHEDULING INITIAL

    56 Walker, LLC                                    CASE CONFERENCE

_____

56 Walker LLC having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on September 23, 2011, and the Court having determined that a case management conference willaid in the efficient conduct of the case, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case managementconference will be conducted by the undersigned Bankruptcy Judge in Room ____, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on _____, 20__, at ____ o'clock in the _____noon, or as soon thereafter as counsel may be heard, to consider the efficientadministration of the case, which may include, inter alia, such topics as retention of professionals,creation of a committee to review budget and fee requests, use of alternative dispute resolution,timetables and scheduling of additional case management conferences; and it is further

ORDERED, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecuredclaims), the holders of the five largest secured claims, any post petition lender to the debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of theCourt.

Dated: _____, New York

_____ __, 20__                              _____

                                                                        UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

_____    Chapter 11 Case No.____

In re:

    56 Walker, LLC

_____

### List of Unsecured Creditors

The following information is supplied with regard to the holders of the 20 largest unsecured claims, excluding insiders:

| Name | Address | Tel | Amt of Claim |
|---|---|---|---|
| Charles Tomaselli | 600 Madison Avenue New York NY 10022 | 212 6447034 | $50,000 (unsec) |
| NY City Water Dept | 59-17 Junction Boulevard, Flushing, NY 11373 | 718-595-7000 | $ 3,700(unsec) |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

_____    Chapter 11 Case No.____

In re:

    56 Walker, LLC

_____

## STATEMENT OF CORPORATE OWNERSHIP

Comes now 56 Walker, LLC (the "Debtor") and pursuant to Fed. R. Bankr. Rule1007(a) and 7007.1 states as follows:

1. No corporations own directly or indirectly 10% or more of any class of the Debtor's equity.

By: __S/__

Guy Morris

Sole Member

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: 56 Walker LLC                              Chapter 11 Case No._____

## Creditor Matrix

Wexford/HPC Mortgage Fund
c/oBlackport Investment Group
901 SE 17th Street Suite 206;
Fort Lauderdale, FL 33316

John Edward Morris
10421 Jenny's Jump Drive
Austin, Tx 78733

VCD Construction
351 Carroll St
Brooklyn, NY 11031

MB Financial Bank
611 North River Road
Rosemont,IL 60018

JP Lombardi
412 Broadway
New York, NY 10013

A F Interiors
123 Newton Street
Brooklyn, NY 11222

Advanced Plumbing
4901 1st Avenue
Brooklyn, NY 11232

Sunshine Quality Construction
77-45 164th Street.
Flushing, NY 11366

Charles Tomaselli
Dickerson & Tomaselli
600 Madison Avenue
New York, NY 10022