UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:                                          :
                                                :       Chapter 11
56 WALKER LLC                                   :
                                                :       Case No. 11-14480 (ALG)
                        Debtor.                 :
-------------------------------------------------x

**ORDER TO SHOW CAUSE**

The above-captioned limited liability company debtor (the "Debtor") having purported to file a Chapter 11 petition on a *pro se* basis, without having obtained counsel; it is hereby

ORDERED, that if counsel has not previously entered an appearance for the Debtor, an authorized officer of the Debtor appear at a hearing to be held on Monday, October 3, 2011 at 11:30 a.m., before the Honorable Allan L. Gropper, in Courtroom 617, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, and show cause as to why the Debtor's Chapter 11 case should not be dismissed for failure of the Debtor to obtain counsel; and it is further

ORDERED, that copies hereof be mailed this day to the Debtor and the Office of the U.S. Trustee.

Dated: New York, New York
       September 23, 2011

                                          ＿＿*/s/ Allan L. Gropper*＿＿＿＿＿＿＿＿＿＿
                                          UNITED STATES BANKRUPTCY JUDGE